UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARA CORDOVA,

        Plaintiff(s),                       No. C 12-2739 PJH

  v.                                     **ORDER OF DISMISSAL**

CACH LLC, et al.,

        Defendant(s).

_____/

      The parties hereto, by their counsel, having advised the court that they have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within sixty (60) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

      If no certification is filed, after passage of sixty (60) days, the dismissal shall be **with** prejudice. The parties may substitute their own dismissal with prejudice at any time before passage of sixty days.

      IT IS SO ORDERED.

Dated: October 2, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge